UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 20-82044-CIV-SMITH

RICHARD THOMAS, *et al.*,

    Plaintiffs,

v.

A PLACE FOR MOM, INC.,

    Defendant.

_____/

### ORDER OF DISMISSAL

This matter is before the Court on the parties' Stipulation for Voluntary Dismissal with Prejudice [DE 27]. Upon consideration, it is

**ORDERED** that:

1. This action is **DISMISSED with prejudice**.

2. All pending motions not otherwise ruled upon are **DENIED as moot**.

3. Each party shall bear its own respective costs and fees.

4. This case is **CLOSED**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, on this 13th day of August, 2021.

*/s/ Rodney Smith*
RODNEY SMITH
UNITED STATES DISTRICT JUDGE

cc:    Counsel of record